**DECLARATION OF NINA MARINO**

I, NINA MARINO, hereby declare and state as follows:

      1.     I, along with my partner Jennifer Lieser, represent Plaintiffs Donald Leo Mellein and Paula Margarita Villegas de Mellein in connection with the seizure of their property by federal law enforcement agents from their Box #224 at U.S. Private Vaults, Inc. ("USPV") on or about March 22, 2021.

      2.     On June 1, 2021, I spoke with Agent Zellhart in connection with this matter. During that call Agent Zellhart agreed to remove Box #224 from the FBI forfeiture list and return the property identified as belonging to Box #224 to my clients. When I inquired regarding the status of my clients' old coins, which did not appear on the FBI forfeiture list, Agent Zellhart stated that perhaps the gold coins were separated from the rest of the property as not subject to forfeiture. It was my expectation that all of my client's property was to be returned, including the gold coins.

      3.     On June 21, 2021, I left a voice message and an email for AUSA Andrew Brown requesting a copy of the video inventory of Box 224.

      I declare under penalty of perjury the foregoing is true and correct.

Executed on this 13th day of August 2021, in Los Angeles, California.

*Nina Marino*
Nina Marino