**DECLARATION OF JENNIFER LIESER**

I, JENNIFER LIESER, hereby declare and state as follows:

1. I, along with my partner Nina Marino, represent Plaintiffs Donald Leo Mellein and Paula Margarita Villegas de Mellein in connection with the seizure of their property by Defendants from their Box #224 at U.S. Private Vaults, Inc. ("USPV") on or about March 22, 2021.

2. Around April 12, 2021, my office submitted a claim for return of property on behalf of Plaintiffs at forms.fbi.gov/uspvclaims and provided our firm name contact information. The form did not require the inclusion of a box number or box contents – it only requested name and contact information.

3. On or about May 24, 2021, Plaintiffs received via certified mail a notice of forfeiture of their property. The forfeiture notice did not identify all the property Plaintiffs had stored in Box #224. It failed to include approximately 110 gold coins belonging to Plaintiffs. Shortly after receipt of the forfeiture notice, the Melleins provided my office with a receipt for the purchase of 30 Canadian Maple leaf coins which were stored in Box #224. (Ex. A, 30 gold coins receipt.)

4. On June 14, 2021, Cody Elliott, an attorney with my office, and I met with FBI Agent Lynne Zellhart and another unidentified agent to collect the contents of Box #224. When the agents arrived with Box #224, they verified Plaintiffs' ownership by testing the USPV key which we had brought with us. After the key turned the lock for Box 224,[1] the agents provided us with a property receipt for the box which is attached hereto as Exhibit B. Notably, the receipt – and apparently the "inventory" form from which it was allegedly precisely copied – fails to include any record of the 110 gold coins seized on March 22, 2021. Contained within the box was a receipt for the purchase of 20 of the 110 gold coins Plaintiffs kept stored with the box. (Exhibit C, 20 gold coins receipt.)

5. Immediately upon returning to my office, I sent a letter to Agent Zellhart and copied

---

[1] Of note, the key did not actually retract the lock to the safe deposit box, it merely turned in the lock. Agent Zellhart stated, although not verbatim, "Well what do you say, should we trust them?" and proceeded to have her unidentified FBI agent assistant remove the contents of the box.

AUSA Andrew Brown notifying them of the missing coins and requesting a copy of the video inventory.[2] (See Ex. D, letter.) I requested that Agent Zellhart respond to my request with urgency. Despite multiple follow-up attempts, I never received a response from Agent Zellhart. I also left a voice message for Agent Zellhart which was never returned.

6. On June 21, 2021, Nina Marino left a voice message and an email for AUSA Andrew Brown again requesting a copy of the video inventory of Box #224 and on June 22, 2021, Nina Marino and I attempted to reach Agent Zellhart over the phone, but her line continued to ring and eventually just cut off. I then contacted the receptionist at the FBI who informed me that an email message had been sent to Agent Zellhart. Later that same day, AUSA Brown returned our call and informed Nina Marino and me that the FBI's search and seizure at USPV was "not their finest moment." AUSA Brown then provided us with the phone number for FBI Associate Division Counsel Tammy Bloomfield who AUSA Brown indicated would be the appropriate contact for requesting the video inventory. Nina Marino and I then attempted to reach Ms. Bloomfield; however, Ms. Bloomfield's number also just rang and rang with no voicemail. Nina Marino and I then emailed Ms. Bloomfield requesting the video inventory and a return call. We never received a response from Ms. Bloomfield.

I declare under penalty of perjury the foregoing is true and correct. Executed on this 13th day of August 2021, in Los Angeles, California.

*Jennifer Lieser*
Jennifer Lieser

---

[2] In the letter, I indicated there were 120 missing coins. After further investigation it was determined there were approximately 110 gold coins, not 120 gold coins, that were missing.