# Exhibit D

RICHARD KAPLAN
NINA MARINO*
JENNIFER A. LIESER
CODY ELLIOTT
ALLEN G. WEINBERG, Of Counsel


kaplanmarino.com

kaplan@kaplanmarino.com
marino@kaplanmarino.com
lieser@kaplanmarino.com
elliott@kaplanmarino.com
weinberg@kaplanmarino.com

June 14, 2021

**Via Email and FedEx**

Special Agent Lynne Zellhart
Federal Bureau of Investigation
11000 Wilshire Blvd #1700
Los Angeles, CA 90024
lkzellhart@fbi.gov

Re: **DONALD LEO MELLEIN, BOX #224**

Dear Special Agent Zellhart:

Today, June 14, 2021, at 3:00 p.m., Cody Elliott and I met with you at the above location for the return of Donald Leo Mellein's property from Box #224. We were provided with identifying and loose documents, and one gold bar. We were not provided with the approximately 120 gold coins that our client also had stored in Box #224.

Neither the contents of Box #224 as opened in front of us nor the Inventory Log you provided reflect those 120 gold coins. The Inventory Log should be amended as attached here and ***should supersede the one executed this afternoon, June 14, 2021.***

We request that you immediately provide us with a copy of the video footage captured by the FBI when Box #224 was inventoried on March 22, 2021.

We appreciate your prompt attention to this matter. Please respond in writing.

Sincerely,

KAPLAN MARINO, PC

/s/

JENNIFER LIESER

cc: Andrew Brown, AUSA
    andrew.brown@usdoj.gov

Encl.

9454 Wilshire Blvd., Suite 902
Beverly Hills, CA 90212

T 310.557.0007
F 310.861.1776

*Certified Specialist Criminal Law
CA Board of Legal Specialization

FD-597 (Rev 8-11-94) Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 6/14/2021

Box #224

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____
(Street Address) Attorney for Donald Mellein
(City) _____

Description of Item(s):
(1) One Gold-colored bar
(2) Identifying documents

*The contents of Box 224 as retrieved from the FBI on June 14, 2021 at 3:00p.m. are missing approximately 120 (one hundred twenty) gold coins.*

Received By: _____ (Signature)

Received From: Lynne K. Zellhart / Lynne K. Zellhart (Signature)