| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Nina Marino, Esq. (SBN 142815) <br> Jennifer Lieser, Esq. (SBN 313707) <br> Kaplan Marino, PC <br> 1546 N. Fairfax Avenue, Los Angeles, CA  90046 <br> Tel: (310) 557-0007 <br> marino@kaplanmarino.com <br> lieser@kaplanmarino.com | |
| ATTORNEY(S) FOR: Donald L. Mellein;  Paula M Villegas de Mellein | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONALD LEO MELLEIN <br> PAULA MARGARITA VILLEGAS DE MELLEIN <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 21-cv-06588 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Donald Leo Mellein and Paula Margarita Villegas de Mellein_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

August 13, 2021                                                    /s/  Nina Marino
Date                                                                          Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Donald L. Mellein and Paula M. Villegas de Mellein