NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046
Tel:    (310) 557-0007
Fax:    (310) 861-1776
Email:  marino@kaplanmarino.com
              lieser@kaplanmarino.com

Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA VILLEGAS de MELLEIN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN; PAULA MARGARITA VILLEGAS DE MELLEIN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA;<br><br>TRACY WILKISON,<br>　　in her official capacity only;<br><br>KRISTI KOONS JOHNSON,<br>　　in her official and individual capacities;<br><br>LYNNE ZELLHART,<br>　　in her individual capacity;<br><br>DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,<br>　　in their individual capacities,<br><br>　　　　　　　　　Defendants. | No. 21-CV-06588<br><br>**NOTICE OF RELATED CASES**<br>**[Local Rule 83-1.2.1]** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Donald Leo Mellein and Paula Margarita Villegas de Mellein hereby provide notice of nine related cases pursuant to Local Rule 83-1.3.1.

This case is related to the following civil cases pending in this district before United States District Judge Gary R. Klausner:

(a) *John Doe v. United States of America, et al.*, Case No. 2:21-cv-02803, filed on March 31, 2021;

(b) *Richard Roe v. United States of America, et al.*, Case No. 2:21-cv-02919, filed on April 5, 2021;

(c) *Michael Moe v. United States of America, et al.*, Case No. 2:21-cv-02990, filed on April 6, 2021;

(d) *Charles Coe v. United States of America, et al.*, Case No. 2:21-cv-03019, filed on April 7, 2021;

(e) *DOES 1-6 v. United States of America, at al.*, Case No. 2:21-cv-03254, filed on April 15, 2021;

(f) *Mitchell Magee v. United States of America, et al.,* Case No. 2:21-cv-03298, filed on April 16, 2021;

(g) *Louis Loe v. United States of America, et al.,* Case No. 2:21-cv-03348, filed on April 19, 2021;

(h) *Search and Seizure of Box No. 8309 at U.S. Private Vaults* Case No. 2:21-cv-03554, filed on April 26, 2021; and

(i) *John Joe v. United States, et al.,* Case No. 2:21-cv-04366, filed on May 25, 2021.

This case is related to all of the above civil cases for the following reasons.

*First*, they all arise from the same or a closely related transaction, happening, or event. In particular, all cases involve plaintiffs who leased safe deposit boxes at U.S. Private Vaults ("**USPV**"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the government's unlawful seizure and search of those safe deposit boxes without probable cause, in

violation of plaintiffs' Fourth Amendment rights.

*Second,* all cases call for the determination of the same or substantially related or similar questions of law and fact. In particular, all cases require the determination of whether the government's seizure, search, inventorying, and retention of the contents of plaintiffs' USPV safe deposit boxes was in violation of their Fourth and Fifth Amendment rights, and, if so, what relief is authorized and appropriate.

*Third*, because the United States is a defendant in all of these cases and they all seek some of the same relief, there would be a substantial duplication of labor if this case and the cases assigned to Judge Klausner were heard by different judges.

DATED: August 13, 2021

Respectfully submitted,
KAPLAN MARINO, PC

/s/ Nina Marino

_____
NINA MARINO
JENNIFER LIESER
Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA VILLEGAS de MELLEIN