NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 902
Beverly Hills, California 90212
Tel:    (310) 557-0007
Fax:   (310) 861-1776
Email:  marino@kaplanmarino.com
            lieser@kaplanmarino.com

Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA MELLEIN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN;<br>PAULA MARGARITA VILLEGAS-MELLEIN,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA;<br><br>TRACY WILKISON,<br>　　in her official capacity only;<br><br>KRISTI KOONS JOHNSON,<br>　　in her official and individual capacities;<br><br>LYNNE ZELLHART,<br>　　in her individual capacity;<br><br>DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,<br>　　in their individual capacities,<br><br>　　　　　　　Defendants. | No. 21-cv-06588-FLA-JDE<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)**<br><br>Assigned To:<br>Hon. Fernando L. Aenlle-Rocha and<br>Hon. John D. Early<br><br>Complaint Filed:  August 13, 2021 |

1.   I, Michele C. Langley, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2.   Pursuant to FRCivP 4, On August 31, 2021, I served a true copy of the following listed documents. in the manner and on the parties listed and described below:

   a. **List of Documents Served**:

   1. Complaint For: (1) Return of Property (Fed. R. Crim. P. 41(g)); (2) Return of Property or Damages in Amount Equal to Value of Property (28 USC §§ 1346, 2674 and *CHoPP Computer Corp. v. United States*, 5 F .3D 1344 (9th CIR. 1993); (3) Damages Pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (4) Order Requiring Disclosure of Written and Video Inventory; Demand for Jury (Dkt. No. 1);
   2. Civil Cover Sheet (Dkt. No. 2);
   3. Notice of Interested Parties (Dkt. No. 7);
   4. Notice of Assignment to United States Judges (Dkt. No. 9);
   5. Notice to Parties of Court−Directed ADR Program (Dkt. No. 10);
   6. Summons in a Civil Action (Issued to United States of America) (Dkt. No. 18);

   b. **Manner of Service**: I served the documents listed in paragraph 2. a. above via CERTIFIED MAIL - By placing a true copy thereof in two sealed envelopes addressed to the party listed in paragraph 2.c. below, and personally depositing same with the U.S. Postal Service office located in Los Angeles, California, with postage thereon fully prepaid. I am readily familiar with our firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

   c. **Party Served**: UNITED STATES OF AMERICA – the documents listed in paragraph 2. a. above were enclosed in two sealed envelopes and addressed as follows:

**UNITED STATES ATTORNEY GENERAL**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

**UNITED STATES OF AMERICA**
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2021, at Los Angeles, California.

*Michele C. Langley*
Michele C. Langley

---

3
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY CERTIFIED MAIL – FRCP 4)