**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
c/o Civil Process Clerk
U.S. Attorney's Office
300 N. Los Angeles Street, Ste. 7516
Los Angeles, CA 90012



9590 9402 6073 0125 9958 81

2. Article Number (Transfer from service label)

7020 1290 0001 0895 4589

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C. Velez

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
9/3/2021

D. Is delivery address different from item 1?  ☑ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 6073 0125 9958 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.

KAPLAN MARINO, PC

1546 N. Fairfax Avenue

Los Angeles, CA  90046

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC  20530



9590 9402 6073 0125 9958 74

2. Article Number *(Transfer from service label)*

7020 1290 0001 0895 4572

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

SEP 0 8 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

9590 9402 6073 0125 9958 74

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046