| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C. Veloz*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9/3/2021 |
| 1. Tracy Wilkison<br>c/o Civil Process Clerk<br>U.S. Attorney's Office<br>300 N. Los Angeles Street, Ste. 7516<br>Los Angeles, CA  90012 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 6073 0125 9958 43 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express<br>☐ Registered Mail™<br>☐ Registered Mail Delivery<br>☒ Return Receipt Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1290 0001 0895 4596 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



USPS TRACKING #

9590 9402 6073 0125 9958 43

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046