| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kristi Koons Johnson<br>11000 Wilshire Blvd., Ste. 1700<br>Los Angeles, CA 90024<br><br>9590 9402 6073 0125 9958 50 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2. Article Number (Transfer from service label)<br>7020 1290 0001 0895 4619 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |



PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

9590 9402 6073 0125 9958 50

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Kristi Koons Johnson
c/o Civil Process Clerk
U.S. Attorney's Office
300 N. Los Angeles Street, Ste. 7516
Los Angeles, CA 90012

9590 9402 6073 0125 9958 67

2. Article Number *(Transfer from service label)*

7020 1290 0001 0895 4602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Vebz
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
9/3/2021

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt



USPS TRACKING #

9590 9402 6073 0125 9958 67

**United States Postal Service**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046