- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Lynne Zellhart
c/o Civil Process Clerk
U.S. Attorney's Office
300 N. Los Angeles Street, Ste. 7516
Los Angeles, CA  90012



9590 9402 5964 0062 1814 80

2. Article Number *(Transfer from service label)*

7020 1290 0001 0895 4626

A. Signature
X *C. Veloz*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
9/3/2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #



9590 9402 5964 0062 1814 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynne Zellhart
11000 Wilshire Blvd., Ste. 1700
Los Angeles, CA  90024



9590 9402 6073 0125 9958 36

2. Article Number *(Transfer from service label)*

7020 1290 0001 0895 4633

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 6073 0125 9958 36

First-Class
Postage &
USPS
Permit   G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Lieser, Esq.
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046