TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DONALD LEO MELLEIN; PAULA MARGARITA VILLLEGAS DE MELLEIN,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-06588-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>    September 3, 2021<br>Current response date:<br>    November 2, 2021<br>New response date:<br>    December 2, 2021 |
|---|---|

    Pursuant to Local Rule 8-3, plaintiffs Donald Leo Mellein and Paula Margarita Villegas de Mellein (collectively, "plaintiffs"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and defendants Kristi Koons Johnson

and Lynne Zellhart in their individual capacities (collectively, "Defendants Johnson and Zellhart"), on the other hand, hereby stipulate and agree to extend the time for Defendant USA and Defendants Johnson and Zellhart to respond to the initial complaint served in this action.  The complaint was served on or about September 3, 2021 and the Defendant USA and Defendants Johnson and Zellhart's response thereto is due sixty days thereafter on or about November 2, 2021 pursuant to Fed. R. Civ. P. 12(a)(2).  The parties by this stipulation agree to hereby extend the time for thirty days, from November 2, 2021 to December 2, 2021, for Defendant USA and Defendants Johnson and Zellhart to file their respective answers or other responsive documents to the complaint.

Respectfully submitted

Dated: October 27, 2021        KAPLAN MARINO, PC

                                                  /s/
NINA MARINO
JENNIFER LIESER

Attorneys for Plaintiffs
DONALD LEO MELLEIN and
PAULA MARGARITA VILLEGAS de MELLEIN

Dated: October 27, 2021        TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

                                                  /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: October 27, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

_____/s/_____
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-714
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez@usdoj.gov

Attorneys for Defendants
KRISTI KOONS JOHNSON and LYNNE ZELLHART
IN THEIR INDIVIDUAL CAPACITIES ONLY