## DECLARATION OF DOJ ATTORNEY JOSEPH A. GONZALEZ

I, Joseph A. Gonzalez, declare as follows:

1. I am one of the DOJ attorneys representing the individual capacity defendants in this action.

2. I reached out to Plaintiffs' counsel on November 29, 2021 and held a conference with Plaintiffs' counsel regarding the motion to dismiss on December 1, 2021. We have not been able to resolve our differences.

3. I have attached a copy of the indictment against USPV hereto as Exhibit A.

4. I have attached a copy of the USPV warrant as Exhibit B

5. I have attached a copy of the USPV warrant affidavit drafted by Special Agent Zellhart hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Washington, D.C. on December 2, 2021.

　　　　　　　　　　　　　　　　　　　　／s/ *Joseph A. Gonzalez*
　　　　　　　　　　　　　　　　　　　　Joseph A. Gonzalez