# DECLARATION OF SPECIAL AGENT LYNNE ZELLHART

I, Special Agent Lynne Zellhart, declare as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation (the "FBI") and have been so employed since 2004. I have participated in the investigation of U.S Private Vaults ("USPV") and am familiar with all aspects of the investigation.

2. I understand that the boxholders Donald Leo Mellein and Paula Margarita Villegas De Mellein for box number 224 have asserted that 110 gold coins were situated within that box. However, the FBI only found 47 gold coins within box number 224. The FBI is in the process of returning the 47 gold coins found within box number 224.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 1, 2021.

SA LYNNE ZELLHART