# DECLARATION OF AUSA VICTOR A. RODGERS

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "the government") in this action.

2. I have held a conference of counsel with plaintiffs' counsel regarding the government's motions to dismiss the complaint on October 25, 2021. We have not been able to resolve our differences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 2, 2021.

                                                      /s/
                                    AUSA VICTOR A. RODGERS