BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendants Kristi Koons Johnson
and Lynne K. Zellhart in their individual capacities

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DONALD MELLEIN, ET AL.<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br>    Defendants. | Case No. 2:21-cv-06588-RGK-MAR<br><br>**Individual Defendants' Motion to Substitute the United States for the Complaint's Second Cause of Action**<br><br>Date:    January 17, 2022<br>Time:    9:00 a.m.<br>Courtroom: 850, the Honorable<br>    R. Gary Klausner |

Defendants Kristi Koons Johnson and Lynne K. Zellhart, in their individual capacities, hereby move for the Court to substitute the United States as the defendant with respect to the Complaint's Second Cause of Action (¶¶ 85-88).

## ARGUMENT

The Westfall Act, codified in relevant part in 28 U.S.C. § 2679, provides that the exclusive remedy for the negligent or wrongful act or omission of a federal employee "while acting in the scope of his office or employment" is a suit against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1); 2671-2680 (2012). *See* 28 U.S.C. § 2679(b)(1). The Westfall Act thereby bars common law tort claims against federal employees, such as Plaintiffs bring here in their complaint's Second Cause of Action. *See Osborn v. Haley*, 549 U.S. 225, 229 (2007).

The Act also dictates that when a United States employee is alleged to have committed negligent or wrongful acts or omissions "within the scope of his office or employment" any suit brought on such a claim "shall be deemed an action against the United States … and the United States shall be substituted as the party defendant." 28 U.S.C.A. § 2679(d)(1). Accomplishing substitution simply requires "certification by the Attorney General that the defendant employee was acting within the scope" of his office or employment. *Id.* "Upon certification, the employee is dismissed from the action and the United States is substituted as defendant. *Gutierrez de Martinez v. Lamagno*, 515 U.S. 417, 420 (1995). This is mandatory. *See Aviles v. Lutz*, 887 F.2d 1046, 1049 (10th Cir. 1989) ("Once the attorney general decides under subsection (d)(1) to certify an action, the substitution of the United States as a defendant does not admit of discretion."). The Attorney General's certification authority has been delegated to United States Attorneys and to Directors in the Department of Justice Civil Division's Torts Branch. *See* 28 C.F.R. § 15.4.

Plaintiffs bring a common law claim for conversion in the Second Cause of Action of the Complaint against the Individual Defendants. This claim does not qualify for the two exceptions to the Westfall Act— "a violation of the Constitution . . . [or] a statute of

1

the United States under which such action against an individual is otherwise authorized." § 2679(b)(2). Moreover, as indicated by the Certification, C. Salvatore D'Alessio, Jr., an Acting Director in the Civil Division's Torts Branch has certified that Kristi Koons Johnson and Lynne K. Zellhart were employees of the government acting in the scope of federal office or employment at the time of the incident out of which Plaintiffs' claims arose. *See* Certification of C. Salvatore D'Alessio, attached hereto.

Accordingly, the Individual Defendants should be dismissed with respect to the Complaint's Second Cause of Action and the United States should be substituted as the Defendant for the Second Cause of Action.

## CONCLUSION

For the foregoing reasons, the Court should dismiss the Second Cause of Action of the Complaint with respect to the Individual Defendants and substitute the United States as the Defendant for the Second Cause of Action.

Dated: December 2, 2021         Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146

Washington, D.C. 20044-7146
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez@usdoj.gov

Attorneys for Defendants Kristi Koons Johnson and Lynne K. Zellhart in their individual capacities