## DECLARATION OF DOJ ATTORNEY JOSEPH A. GONZALEZ

I, Joseph A. Gonzalez, declare as follows:

1. I am one of the Department of Justice attorneys representing the individual capacity defendants in this action.

2. I held a conference with Plaintiffs' counsel regarding the motion to dismiss on December 1, 2021 and also indicated that I would be filing a Westfall certification and substitution motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Washington, D.C. on December 2, 2021.

/s/ *Joseph A. Gonzalez*
Joseph A. Gonzalez