BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendants Kristi Koons Johnson
and Lynne K. Zellhart in their individual capacities

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DONALD MELLEIN, ET AL. <br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, ET AL., <br>    Defendants. | Case No. 2:21-cv-06588-RGK-MAR <br><br>**WESTFALL CERTIFICATION** |

I, C. Salvatore D'Alessio, Jr., Acting Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the complaint in this action. On the basis of the information now available with respect to the claims set forth therein, I find that Kristi Koons Johnson and Lynne K. Zellhart were employees of the government acting in the scope of federal office or employment at the time of the incident out of which the Plaintiffs' claims arose.

Date: December 2, 2021

C. Salvatore D'Alessio, Jr.
Acting Director
Torts Branch, Civil Division
U.S. Department of Justice