UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DONALD MELLEIN, ET AL.<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br>Defendants. | Case No. 2:21-cv-06588-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING WESTFALL CERTIFICATION**<br><br>Date:    January 18, 2022<br>Time:   9:00 a.m.<br>Courtroom: 850, the Honorable<br>         R. Gary Klausner |

The Attorney General's designee having certified that the Individual Defendants, Kristi Koons Johnson and Lynne K. Zellhart, were acting within the scope of federal office or employment at the time of the incident out of which Plaintiffs' claims arose, and the United States having thereby been substituted as a party under 28 U.S.C. § 2679(d), it is hereby:

ORDERED that pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and § 2679(d), the state law claims set forth in Count II of the Complaint are dismissed with respect to Individual Defendants Kristi Koons Johnson and Lynne K. Zellhart.

Dated: _____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:
BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE

Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON and LYNNE K. ZELLHART in their individual capacities

1