## DECLARATION OF JENNIFER LIESER

I, JENNIFER LIESER, hereby declare and state as follows:

1. I, along with my partner Nina Marino, represent Plaintiffs Donald Leo Mellein and Paula Margarita Villegas de Mellein in connection with the seizure of their property by Defendants from their Box #224 at U.S. Private Vaults, Inc. ("USPV") on or about March 22, 2021.

2. On December 8, 2021, Nina Marino and I spoke with AUSAs Victor Rodgers and Joseph Gonzalez in an attempt to meet and confer on this matter. Mr. Rodgers was unwilling to provide us with any sort of inventory for Box #224 and refused to state if any such video or other inventory even existed.

3. Shortly thereafter on that same day, Nina Marino sent an email to AUSA Andrew Brown again requesting a copy of the inventory for Box #224. AUSA Brown refused. (See Ex. A, 12/8/2021 email.)

4. On December 16, 2021, Nina Marino and I met and conferred with AUSAs Victor Rodgers and Joseph Gonzalez. Mr. Rodgers again expressed his unwillingness to provide any inventories.

5. On December 20, 2021, I retrieved 27 Canadian maple leaf gold coins and 20 American Eagle or Liberty gold coins. (See Ex. B, Receipt for Property.) The authenticity of these gold coins has not yet been verified. Still unaccounted for are three Canadian maple leaf gold coins and 60 American Eagles. When I inquired about additional gold coins, FBI agent Phyllis Mclan, spelling uncertain, who was accompanied by Agent Lesley Buchan, informed me, although not verbatim, that the FBI was still in the process of reviewing the inventory photos and that it would be helpful to know the composition of the additional unaccounted-for gold coins so that they could look for them. Shortly thereafter, I emailed Agent Lesley Buchan the composition of the outstanding gold coins (three Canadian maples and 60 American Eagles). (See Ex. C, 12/20/21 email.)

//
//
//

**FBI Accounting of Boxholder's Property in Other Matters**

6. Nina Marino and I represent another boxholder to which the FBI attributed an *additional $239,200 to their box which was not theirs.*

7. On December 9, 2021, Nina Marino and I spoke with Robert Johnson, counsel to class action litigant-boxholders in *Snitko et al. v. United States et al.*, Case No. 21-cv-04405, who informed us that he also had a boxholder client who was missing approximately $2,000 in cash from his box.

8. Counsel is also aware that Linda R. also filed suit against the United States for her 40 missing gold coins. *See In Re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, Case No. 21-cv-03554.

I declare under penalty of perjury the foregoing is true and correct. Executed on this 20th day of December 2021, in Los Angeles, California.

*Jennifer Lieser*
Jennifer Lieser