# Exhibit A

| | |
|---|---|
| **From:** | Brown, Andrew (USACAC) |
| **To:** | Nina Marino |
| **Cc:** | Jennifer Lieser |
| **Subject:** | RE: USPV box #224 |
| **Date:** | Wednesday, December 8, 2021 2:36:52 PM |

Nina:

While in the past I have tried to help you out even when it was not my case, I will no longer do that.

My involvement with USPV is limited to criminal matters. There is no criminal matter I am aware of involving that box.

Best regards,

Andrew Brown │ Assistant United States Attorney │ Major Frauds Section
U.S. Attorney's Office Room 1149 │ 312 N. Spring St. │ Los Angeles, CA 90012
Tel: 213-894-0102 │ Fax: 213-894-6269 │ Andrew.Brown@USDOJ.gov

**From:** Nina Marino <Marino@kaplanmarino.com>
**Sent:** Wednesday, December 8, 2021 2:03 PM
**To:** Brown, Andrew (USACAC) <ABrown3@usa.doj.gov>
**Cc:** Katzenstein, Ranee (USACAC) <RKatzenstein@usa.doj.gov>; Jennifer Lieser <Lieser@kaplanmarino.com>
**Subject:** [EXTERNAL] USPV box #224

Andrew,

I am writing to request a copy of the video inventory and photos for box #224. We have spoken with Victor Rodgers and he indicates he has no knowledge of the factual background. As you know from our letter to you dated June 14, 2021, our clients, Donald and Margarita Mellein, stored cash, a gold bar, 110 gold coins, and paperwork in their box at USPV.

The contents of box #224, the inventory of which only reflected the cash, gold bar, and paperwork, were originally identified as subject to forfeiture in the May 24, 2021 notice. Thereafter, the contents of box #224 were removed from the forfeiture list, and the cash, gold bar, and some paperwork was returned by the FBI to our custody. We were impliedly advised this was all there was to return. We are now advised, only after filing a lawsuit, that the FBI has 47 gold coins belonging to our client and that these coins will be returned.

We are requesting your production of the video inventory and photos so we can ascertain what happened during the inventory such that the FBI did not acknowledge any gold coins until now, and to determine what happened to the remaining 73 gold coins. We very much appreciate your cooperation in our efforts to determine what has happened in connection with the search and seizure of Box 224, pursuant to the warrant executed in connection with your investigation of USPV.

I will await your reply.


**NINA MARINO**

 **K A P L A N | M A R I N O**

[marino@kaplanmarino.com](mailto:marino@kaplanmarino.com)
**1546 N. FAIRFAX AVENUE**
**LOS ANGELES | CA | 90046**
**310-557-0007 | FAX 310-861-1776**
[www.kaplanmarino.com](http://www.kaplanmarino.com)

**CONFIDENTIALITY NOTICE:**  The information in this e-mail message is intended for the confidential use of the addressee only, and may be subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not forward this to any third parties, nor file copies of this e-mail with publicly accessible records.  If you are not an addressee, or an authorized agent responsible for delivering this e-mail to a designated addressee, then you have received this e-mail in error and any further review, dissemination, distribution, copying or forwarding of this e-mail is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication.  If you received this e-mail in error, please notify us immediately and then delete all copies. Thank you.

**NOTE TO CLIENTS:**  It is recommended that you do NOT forward this email to any other party.  Doing so may breach the Attorney-Client and/or Attorney Work Product privileges.