# Exhibit B

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) 12/20/2021

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [X] Released To

(Name) Jennifer Lieser on behalf of Donald Mellein

(Street Address) 1546 N. Fairfax

(City) Los Angeles, CA 90046

Description of Item(s):

1. One tube containing ten (10) yellow colored Canadian coins
2. One tube containing ten (10) yellow colored Canadian coins
3. One tube containing seven (7) yellow colored Canadian coins
4. One tube containing twenty (20) yellow colored Liberty/Eagle coins

Total: 47 coins

* Box owner states there should be 63 additional gold coins from Box 224

LB 12/20/21

Received By: _____ (Signature)
Printed Name/Title: Jennifer Lieser / attorney for Donald Mellein

Received From: _____ (Signature)
Printed Name/Title: Lesley Buchan, Special Agent