# Exhibit C

| | |
|---|---|
| **From:** | Jennifer Lieser |
| **To:** | "Lesley Buchan"; Nina Marino |
| **Cc:** | Cody Elliott |
| **Subject:** | RE: Return of Mellein property |
| **Date:** | Monday, December 20, 2021 2:36:00 PM |

Lesley – thank you for coordinating the pick up of the Melleins' property this morning. Per our conversation regarding the composition of the additional gold coins stored in Box #224, there should be 3 additional Canadian maples and 60 additional American Eagles. We would very much appreciate it if you could take a look at the inventories for the Box to see if you can locate.

Thanks again and happy holidays!

**JENNIFER LIESER**



Lieser@kaplanmarino.com

**1546 N. Fairfax Ave.**
**LOS ANGELES | CA | 90046**
**310-557-0007 | FAX 310-861-1776**

www.kaplanmarino.com

**PLEASE NOTE OUR NEW ADDRESS**

---

CONFIDENTIALITY NOTICE: The information contained in this electronic transmission (including any attachments) may contain confidential information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

NOTE TO CLIENTS: It is recommended that you do NOT forward this email to any other party. Doing so may breach the Attorney-Client and/or Attorney Work Product privileges.

---

**From:** Jennifer Lieser
**Sent:** Wednesday, December 15, 2021 4:44 PM
**To:** Lesley Buchan <LBUCHAN@fbi.gov>; Nina Marino <Marino@kaplanmarino.com>
**Cc:** Cody Elliott <Elliott@kaplanmarino.com>
**Subject:** RE: Return of Mellein property

Thank you, Lesley. See you on Monday.

**JENNIFER LIESER**



Lieser@kaplanmarino.com

**1546 N. Fairfax Ave.**
**LOS ANGELES | CA | 90046**
**310-557-0007 | FAX 310-861-1776**

www.kaplanmarino.com

**PLEASE NOTE OUR NEW ADDRESS**

CONFIDENTIALITY NOTICE: The information contained in this electronic transmission (including any attachments) may contain confidential information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

NOTE TO CLIENTS: It is recommended that you do NOT forward this email to any other party. Doing so may breach the Attorney-Client and/or Attorney Work Product privileges.

**From:** Lesley Buchan <LBUCHAN@fbi.gov>
**Sent:** Wednesday, December 15, 2021 10:51 AM
**To:** Jennifer Lieser <Lieser@kaplanmarino.com>; Nina Marino <Marino@kaplanmarino.com>
**Cc:** Cody Elliott <Elliott@kaplanmarino.com>
**Subject:** RE: Return of Mellein property

Hi Jennifer and Cody,

I have the return scheduled for Monday, December 20th at 10 am. When you arrive at the federal building, go to the stand alone building on the left side of the main building when you are walking up from the parking lot and use the call box to let reception know you are there for the return. I will have your names on the list with reception ahead of time so they know to expect you. I will meet you in that building for the return. Also, the new requirements are for visitors to show proof of vaccination or results showing a negative COVID-19 test within 72 hours. So please bring either of those with you. See you on Monday.  Thank you.

**Lesley Buchan**
Special Agent
Federal Bureau of Investigation
Los Angeles Field Office
Phone: 310-996-3906


**From:** Jennifer Lieser <Lieser@kaplanmarino.com>
**Sent:** Friday, December 10, 2021 4:38 PM
**To:** Nina Marino <Marino@kaplanmarino.com>; Buchan, Lesley (LA) (FBI) <LBUCHAN@fbi.gov>
**Cc:** Cody Elliott <Elliott@kaplanmarino.com>
**Subject:** [EXTERNAL EMAIL] - RE: Return of Mellein property

Lesley – I will meet you at 10am on Dec 20. Thanks.

**JENNIFER LIESER**



Lieser@kaplanmarino.com

**1546 N. Fairfax Ave.**

**LOS ANGELES | CA | 90046**

**310-557-0007 | FAX 310-861-1776**

www.kaplanmarino.com

**PLEASE NOTE OUR NEW ADDRESS**

CONFIDENTIALITY NOTICE: The information contained in this electronic transmission (including any attachments) may contain confidential information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

NOTE TO CLIENTS: It is recommended that you do NOT forward this email to any other party. Doing so may breach the Attorney-Client and/or Attorney Work Product privileges.

**From:** Nina Marino <Marino@kaplanmarino.com>
**Sent:** Friday, December 10, 2021 4:24 PM
**To:** Lesley Buchan <LBUCHAN@fbi.gov>
**Cc:** Cody Elliott <Elliott@kaplanmarino.com>; Jennifer Lieser <Lieser@kaplanmarino.com>
**Subject:** RE: Return of Mellein property

Lesley, Cody Elliott and Jennifer Lieser will be facilitating the return. They will advise regarding scheduling. Thank you.

**NINA MARINO**



marino@kaplanmarino.com

**1546 N. Fairfax Avenue**

**LOS ANGELES | CA | 90046**

**310-557-0007 | FAX 310-861-1776**

www.kaplanmarino.com

**PLEASE NOTE OUR NEW ADDRESS**

CONFIDENTIALITY NOTICE: The information contained in this electronic transmission (including any attachments) may contain confidential information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Lesley Buchan <LBUCHAN@fbi.gov>
**Sent:** Friday, December 10, 2021 4:14 PM
**To:** Nina Marino <Marino@kaplanmarino.com>
**Cc:** Cody Elliott <Elliott@kaplanmarino.com>; Jennifer Lieser <Lieser@kaplanmarino.com>
**Subject:** Re: Return of Mellein property

Ms. Marino,

Would next Monday or Tuesday 12/20 or 12/21 at 10am work for you?

**From:** Nina Marino <Marino@kaplanmarino.com>
**Sent:** Friday, December 10, 2021 1:23:17 PM
**To:** Buchan, Lesley (LA) (FBI) <LBUCHAN@fbi.gov>
**Cc:** Cody Elliott <Elliott@kaplanmarino.com>; Jennifer Lieser <Lieser@kaplanmarino.com>
**Subject:** [EXTERNAL EMAIL] - Return of Mellein property

Leslie, I just left you a vm. We will make ourselves available as befits your schedule. Please advise when would be convenient for the property return.

**NINA MARINO**



marino@kaplanmarino.com
**1546 N. Fairfax Avenue**
**LOS ANGELES** ǀ **CA** ǀ **90046**
**310-557-0007** ǀ **FAX 310-861-1776**
www.kaplanmarino.com
*PLEASE NOTE OUR NEW ADDRESS*

CONFIDENTIALITY NOTICE: The information contained in this electronic transmission (including any attachments) may contain confidential information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.