NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046
Tel:    (310) 557-0007
Fax:   (310) 861-1776
Email:  marino@kaplanmarino.com
           lieser@kaplanmarino.com

Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA VILLEGAS de MELLEIN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN;<br>PAULA MARGARITA VILLEGAS DE MELLEIN,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA;<br><br>TRACY WILKISON,<br>　　in her official capacity only;<br><br>KRISTI KOONS JOHNSON,<br>　　in her official and individual capacities;<br><br>LYNNE ZELLHART,<br>　　in her individual capacity;<br><br>DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,<br>　　in their individual capacities,<br><br>　　　　　　　Defendants. | No. 21-CV-06588<br><br>**[PROPOSED] ORDER FOR ALL VIDEO, PHOTOGRAPHIC, WIRTTEN OR OTHERWISE MEMORIALIZED INVENTORIES OF BOX #224 IN RE: SEARCH AT USPV** |

This Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with Plaintiffs' Motion for a Preliminary Injunction,

HEREBY ORDERS, ADJUDGES and DECREES that Plaintiffs' Motion is granted. The United States shall, within seven (7) days from this Order, produce to the Court and to Plaintiffs all video, photographic, written or otherwise memorialized inventories taken and/or created by its agents of Box #224 in connection with its search and seizure at and of U.S. Private Vaults, Inc.

DATED:_____                    _____
                                      HONORABLE R. GARY KLAUSNER
                                      UNITED STATES DISTRICT COURT JUDGE

Presented By:
KAPLAN MARINO, PC

/s/ Nina Marino
_____
NINA MARINO
JENNIFER LIESER
Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA VILLEGAS de MELLEIN