# Exhibit A

# LOS ANGELES COIN COMPANY

RARE COINS, GOLD, DIAMONDS & JEWELRY
12301 VENTURA BOULEVARD
STUDIO CITY, CA 91604
818-985-4418  323-877-4051
FAX: 818-508-4413

☐ INVOICE [1]
☐ MEMORADUM [2]
☐ PURCHASE ORDER [3]

**DATE:** 1/05/05
**ORDER NO.** —

**TO:** Donald Mellin

**SHIP TO:** Same

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| [illegible] | 1/20/05 | Deliv | [illegible] | ch# 0708 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 30 | Canadian Maple leafs gold | @433.33 | $13,000.00 |
|  |  | Pd | 13,000.00 |
|  |  | Bal | $0 |

*Thank You*

1. The merchandise described above remains the property of Los Angeles Coin Company until paid for and is subject to our order and shall be returned to us on demand. This merchandise, until returned, and actually received, is your responsibility from all hazards. No right to sell, pledge, or transfer ownership is given until paid for-in full.
2. The merchandise described above remains the property of Los Angeles Coin Company and is for inspection and valuation only, and must be returned on demand. Title shall pass on payment in full as outlined in #1 above.
3. I hereby certify that I am the legal owner of the property listed above and that all information given is true and correct. For the value received I do hereby transfer ownership to Los Angeles Coin Company. Merchandise received in good condition.

X _____