# Exhibit B

FD-597 (Rev 8-11-94)  Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __6/14/2021__

Box #224

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) _____
(Street Address) __Attorney for Donald Mellein__
(City) _____

Description of Item(s):
(1) One Gold-colored bar
(2) Identifying documents

Received By: _____ (Signature)

Received From: _Lynne K. Zellhart_ / _Lynne K Zim_ (Signature)