# Exhibit C

# WILSHIRE COIN EXCHANGE

925 Wilshire Blvd.
Santa Monica, CA 90401
(310) 393-0661
(310) 451-2553 FAX
Members PCGS & ANA
www.wilshirecoin.com

**Since 1947**

## INVOICE

MELLEIN FAMILY TRUST

Date: 5/5/08
Account No.
Terms:

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 20 | AGE | 910 00 | 18,200 00 |
|  |  |  |  |
|  | CH # 1035 |  |  |
|  |  |  |  |
|  | P/U 5/12 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total |  |

All sales are final. Title to all merchandise shall remain the seller's until payment in full has been received. A check shall not constitute payment until said check has cleared through normal banking channels. The undersigned agrees to purchase the items described herein upon the stated terms and further agrees to pay reasonable attorney fees in the event he shall fail to purchase said items in accordance with the terms hereof.

IF PAID BY A CREDIT OR DEBIT CARD, I UNDERSTAND THAT THIS IS A FINAL SALE & WILL NOT DISPUTE ANY CHARGES

Received: [signature]    Date: 5-12-08