# Exhibit D

| | | |
|---|---|---|
| RICHARD KAPLAN<br>NINA MARINO*<br>JENNIFER A. LIESER<br>CODY ELLIOTT<br>ALLEN G. WEINBERG, Of Counsel | <br>kaplanmarino.com | kaplan@kaplanmarino.com<br>marino@kaplanmarino.com<br>lieser@kaplanmarino.com<br>elliott@kaplanmarino.com<br>weinberg@kaplanmarino.com |

June 14, 2021

**Via Email and FedEx**

Special Agent Lynne Zellhart
Federal Bureau of Investigation
11000 Wilshire Blvd #1700
Los Angeles, CA 90024
lkzellhart@fbi.gov

   Re:  **DONALD LEO MELLEIN, BOX #224**

Dear Special Agent Zellhart:

   Today, June 14, 2021, at 3:00 p.m., Cody Elliott and I met with you at the above location for the return of Donald Leo Mellein's property from Box #224. We were provided with identifying and loose documents, and one gold bar. We were not provided with the approximately 120 gold coins that our client also had stored in Box #224.

   Neither the contents of Box #224 as opened in front of us nor the Inventory Log you provided reflect those 120 gold coins. The Inventory Log should be amended as attached here and ***should supersede the one executed this afternoon, June 14, 2021.***

   We request that you immediately provide us with a copy of the video footage captured by the FBI when Box #224 was inventoried on March 22, 2021.

   We appreciate your prompt attention to this matter. Please respond in writing.

            Sincerely,

            KAPLAN MARINO, PC

             /s/

            JENNIFER LIESER

   cc: Andrew Brown, AUSA
       andrew.brown@usdoj.gov

Encl.

| | | |
|---|---|---|
| 9454 Wilshire Blvd., Suite 902<br>Beverly Hills, CA 90212 | T  310.557.0007<br>F  310.861.1776 | *Certified Specialist Criminal Law<br>CA Board of Legal Specialization |

FD-597 (Rev 8-11-94)  Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __6/14/2021__

Box #224

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) _____
(Street Address) __Attorney for Donald Mellein__
(City) _____

Description of Item(s):
(1) One Gold-colored bar
(2) Identifying documents

*The contents of Box 224 as retrieved from the FBI on June 14, 2021 at 3:00p.m. are missing approximately 120 (one hundred twenty) gold coins.*

Received By: _____ (Signature)
Received From: __Lynne K. Zellhart__ / __Lynne K. Zellhart__ (Signature)