AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046
Tel:     (310) 557-0007
Fax:     (310) 861-1776
Email:  marino@kaplanmarino.com
            lieser@kaplanmarino.com

Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA VILLEGAS de MELLEIN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LEO MELLEIN;** **PAULA MARGARITA VILLEGAS DE MELLEIN,**<br><br>             Plaintiffs,<br><br>     v.<br><br>**UNITED STATES OF AMERICA;** **TRACY WILKISON,**<br>     in her official capacity only;<br>**KRISTI KOONS JOHNSON,**<br>     in her official and individual capacities;<br>**LYNNE ZELLHART,**<br>     in her individual capacity only;<br>**JUSTIN PALMERTON,**<br>     in his individual capacity only;<br>**KATHRYN E. BAILEY DRESS,**<br>     in her individual capacity only;<br>**DEZMOND BEVERLY,**<br>     in his individual capacity only;<br>**JESSIE MURRAY,**<br>     in her individual capacity only; and<br>**DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,**<br>     in their individual capacities,<br><br>             Defendants. | No. 21-CV-06588<br><br>**FIRST AMENDED COMPLAINT (MOTION) FOR:**<br><br>**(1) RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g);**<br><br>**(2) DAMAGES PURSUANT TO** *BIVENS V. SIX UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF NARCOTICS*, 403 U.S. 388 (1971);<br><br>**(3) ORDER REQUIRING DISCLOSURE OF WRITTEN AND VIDEO INVENTORY**<br><br>**DEMAND FOR JURY TRIAL** |