AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Donald Leo Mellein; Paula Margarita Villegas De Mellein <br><br> *Plaintiff(s)* <br> v. <br> United States of America; [see attached] <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 21-CV-06588 RGK (MARx) |

**SUMMONS IN A CIVIL ACTION**  ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*  Jessie Murray (In her Individual Capacity Only)
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nina Marino, Esq.; Jennifer Lieser, Esq.
Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
Tel: (310)557-0007
Email: marino@kaplanmarino.com; lieser@kaplanmarino.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

/s/
*Jennylam*
*Signature of Clerk or Deputy Clerk*

Date: 12/27/2021

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-06588 RGK (MARx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, CA  90046
Tel:    (310) 557-0007
Fax:   (310) 861-1776
Email:  marino@kaplanmarino.com
            lieser@kaplanmarino.com

Attorneys for Plaintiffs
DONALD LEO MELLEIN
PAULA MARGARITA VILLEGAS de MELLEIN

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD LEO MELLEIN;** **PAULA MARGARITA VILLEGAS DE MELLEIN,** <br><br>        Plaintiffs, <br><br>                v. <br><br>**UNITED STATES OF AMERICA;** **TRACY WILKISON,** <br>     in her official capacity only; <br>**KRISTI KOONS JOHNSON,** <br>     in her official and individual capacities; <br>**LYNNE ZELLHART,** <br>     in her individual capacity only; <br>**JUSTIN PALMERTON,** <br>     in his individual capacity only; <br>**KATHRYN E. BAILEY DRESS,** <br>     in her individual capacity only; <br>**DEZMOND BEVERLY,** <br>     in his individual capacity only; <br>**JESSIE MURRAY,** <br>     in her individual capacity only; and <br>**DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** <br>     in their individual capacities, <br><br>        Defendants. | No. 21-CV-06588 <br><br> **FIRST AMENDED COMPLAINT (MOTION) FOR:** <br><br> **(1) RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g);** <br><br> **(2) DAMAGES PURSUANT TO** *BIVENS V. SIX UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF NARCOTICS*, 403 U.S. 388 (1971); <br><br> **(3) ORDER REQUIRING DISCLOSURE OF WRITTEN AND VIDEO INVENTORY** <br><br> **DEMAND FOR JURY TRIAL** |

1
AMENDED COMPLAINT