**DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacities only (collectively, "the government") in this action.

2. On October 25, 2021, I advised plaintiffs' counsel the government intended to file a motion to dismiss the complaint on November 1, 2021, but I delayed the filing at counsel's request because counsel advised they were in the middle of trial preparation so I filed the motion on December 2, 2021.

3. During the December 8, 2021 meet and confer between counsel for the parties, I advised plaintiffs' counsel that plaintiffs needed to make their request for the inventory items as part of plaintiffs' administrative tort claim to the FBI with respect to plaintiffs' request for monetary damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 3, 2022.

                                           /s/
                                 AUSA VICTOR A. RODGERS