1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DONALD LEO MELLEIN AND PAULA MARGARITA VILLEGAS DE MELLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-06588-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UNITED STATES OF AMERICA AND TRACY L. WILKISON AND KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDITION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |
|---|---|

The motion of Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only to Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on February 7, 2022.

1  The Court, having considered the papers submitted by the parties, arguments of
2  counsel and all other matters presented to the Court in connection with the motion,
3      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the
4  government's motion is granted.  Plaintiffs' first amended complaint is dismissed
5  as to Defendants United States of America and Tracy L. Wilkison and Kristi
6  Koons Johnson in their official capacity only.

7  Dated: _____                              _____
8                                                THE HONORABLE R. GARY KLAUSNER
                                                 UNITED STATES DISTRICT JUDGE

11 Presented By:

12 TRACY L. WILKISON
   United States Attorney
13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Chief, Criminal Division

16     /s/
   _____
17 ANDREW BROWN
   VICTOR A. RODGERS
18 MAXWELL COLL
   Assistant United States Attorneys

20 Attorneys for Defendants
   UNITED STATES OF AMERICA and
21 TRACY L. WILKISON and KRISTI KOONS
   JOHNSON IN THEIR OFFICIAL CAPACITY ONLY