## DECLARATION OF DOJ ATTORNEY JOSEPH A. GONZALEZ

I, Joseph A. Gonzalez, declare as follows:

    1.    I am one of the DOJ attorneys representing the individual capacity defendants in this action.

    2.    Plaintiffs' counsel informed me on December 22, 2021 that they would be filing an amended complaint the next day. I immediately requested a meet and confer and held a conference with Plaintiffs' counsel regarding the claims and defenses on December 23, 2021. Among other things, I questioned how Plaintiffs planned to overcome the Court's decision in *Louis Loe v. United States of America, et al.*, 2:21-cv-003348 (C.D. Cal.). We have not been able to resolve our differences.

    3.    I have attached a copy of the indictment against USPV hereto as Exhibit A.

    4.    I have attached a copy of the USPV warrant as Exhibit B

    5.    I have attached a copy of the USPV warrant affidavit drafted by Special Agent Zellhart hereto as Exhibit C.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Washington, D.C. on January 6, 2022.

                                                      /s/ *Joseph A. Gonzalez*
                                                          Joseph A. Gonzalez