UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD MELLEIN, et al,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　Defendants. | Case No. 2:21-cv-06588-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING ASSISTANT DIRECTOR IN CHARGE JOHNSON AND SPECIAL AGENT ZELLHART'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

　　　The motion of Defendants Kristi Koons Johnson and Lynne K. Zellhart to Dismiss the First Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) came on regularly for hearing before this Court on February 7, 2022. The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

1

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' motion is granted. Plaintiffs' first amended complaint is dismissed with prejudice as to Defendants Kristi Koons Johnson and Lynne K. Zellhart.

Dated: _____         _____
                         THE HONORABLE R. GARY KLAUSNER
                         UNITED STATES DISTRICT JUDGE

Presented By:
BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON and LYNNE K. ZELLHART in their individual capacities